WOODWARD, *Plaintiff in Error*, v. THE ST. LOUIS & SAN FRANCISCO RAILWAY COMPANY.

Corporations: MALICIOUS PROSECUTION: FALSE IMPRISONMENT. A corporation is liable to an action for false imprisonment, or for malicious prosecution instituted by its authority. Affirming *Boogher v. Life Association of America*, 75 Mo. 319.

*Error to Phelps Circuit Court.*

REVERSED.

*L. F. Parker* for plaintiff in error.

The court below sustained the demurrer on the authority of *Gillett v. Mo. Valley R. R. Co.*, 55 Mo. 315, which was then recognized as authority in this state. That case was overruled by this court in the case of *Boogher v. The Life Association of America*, 75 Mo. 319, in accordance with which authority and the cases there cited, this case should be reversed and remanded.

*John O'Day* for defendant in error.

EWING, C.—This was an action for malicious prosecution. There was a demurrer to the petition upon the ground that it does not state a cause of action. That the defendant, being a railroad corporation, cannot be held for a malicious prosecution, or false imprisonment. The demurrer was sustained, and the plaintiff brings the case here for review on writ of error.

The court below erred in sustaining the demurrer, and its judgment must be reversed. This court has decided to the contrary in *Boogher v. The Life Association of America*, 75 Mo. 319, in a well considered opinion overruling the case of *Gillett v. Missouri Valley Railroad Company*, 55 Mo. 315. It is, therefore, useless to elaborate this case. The judgment of the circuit court is, therefore, reversed and the cause remanded. All concur, except Henry, C. J., absent.